IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>GERALD L. GINNINGS,<br>[DOB: 01/02/1980]<br><br>                Defendant. | Case No. _____<br><br>**COUNT ONE:**<br>*(Felon in Possession of a Firearm)*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT: 10 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT TWO:**<br>*(Possess Firearms with Drug Trafficking)*<br>18 U.S.C. § 924(c)(1)(A)(i)<br>NLT: 5 Years and NMT Life Imprisonment<br>NMT: $250,000 Fine<br>NMT: 5 Years Supervised Release<br>Class A Felony<br><br>**COUNT THREE:**<br>*(Conspiracy to Distribute Methamphetamine)*<br>21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846<br>NLT: 10 Years Imprisonment<br>NMT: Life Imprisonment<br>NMT: $10,000,000 Fine<br>NLT: 5 Years Supervised Release<br>Class A Felony<br><br>Plus: $100 Mandatory Special Assessment |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*(Felon in Possession of a Firearm)*

On or about September 27, 2018, in the Western District of Missouri, the defendant, GERALD L. GINNINGS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm,

to wit: a black Kel Tec P-11 9mm Luger handgun, bearing serial #A5724, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO
*(Possession of Firearms with Drug Trafficking)*

On or about September 27, 2018, within the Western District of Missouri, GERALD L. GINNINGS, defendant herein, in furtherance of and during and in relation to a drug trafficking crime for which he may be prosecuted in the United States Courts, did knowingly and intentionally carry, possess and use a firearm, to-wit: a black Kel Tec P-11 9mm Luger handgun, bearing serial #A5724, all contrary to the provisions of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE
*(Conspiracy to Distribute Methamphetamine)*

On or about between April 1, 2018, and October 1, 2018, in the Western District of Missouri, the defendant, GERALD L. GINNINGS, knowingly and intentionally combined, conspired, confederated and agreed with another person or other persons, both known and unknown, to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846.

A TRUE BILL.

/s/ Shannon Cassidy
FOREPERSON OF THE GRAND JURY

 10/23/18
DATE

/s/ Bruce Rhoades
Bruce Rhoades, Assistant United States Attorney
Western District of Missouri