# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ **Western**<br>☐ **Central**<br>☐ **Southwestern** | ☐ **St. Joseph**<br>☐ **Southern** | **Jackson**<br>**County and elsewhere** | ☐ **Secret Indictment**<br>☐ **Juvenile** |

**Defendant Information**

Defendant Name     Gerald L. Ginnings

Alias Name

Birthdate     01/02/1980

**Related Case Information**

Superseding Indictment/Information   ☐ Yes   ☐ No   if yes, original case number _____

New Defendant     ☑ Yes   ☐ No

Prior Complaint Case Number, if any   18-MJ-00144-JTM

Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**

AUSA Bruce Rhoades

**Interpreter Needed**

☐ Yes

     Language and/or dialect _____

☑ No

**Location Status**

Arrest Date _____

☑ Currently in Federal Custody

☐ Currently in State Custody

☐ Currently on Bond       Writ Required     ☐ Yes   ☑ No

                    Warrant Required    ☐ Yes   ☑ No

**U.S.C. Citations**

Total # of Counts _____ 3 _____

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:922G.F/7830/4 | Felon in Possession of a Firearm | 1 |
| 2 | 18:924C.F/7830/4 | Posess Firearms with Drug Trafficking | 2 |
| 3 | 21:841A=CD.F/6801/4 | Conspiracy to Distribute Methamphetamine | 3 |

(May be continued on reverse)

Date   10/23/18         Signature of AUSA   /s/ Bruce Rhoades