# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00293-01-CR-W-DGK |
| ) | |
| GERALD L. GINNINGS, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

COMES NOW Ronna Holloman-Hughes, Assistant Federal Public Defender and counsel for defendant, Gerald L. Ginnings, and moves this Court for an Order granting leave to withdraw as counsel of record for defendant Ginnings.

## SUGGESTIONS IN SUPPORT

1. On October 1, 2018, the Federal Public Defender was appointed to represent the defendant.

2. On October 23, 2018, defendant was charged by indictment with violations of 18 U.S.C. §§ 922(g)(1), 924(a)(2), (c)(1)(A)(i), 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846.

3. Counsel has determined that a conflict of interest prevents counsel from representing the interests of defendant White. Continued representation by the Office of the Federal Public Defender would deny the defendant his right to conflict free counsel and alternate counsel should be appointed for Mr. Ginnings at the earliest available date.

WHEREFORE, for the reasons set forth herein, Ronna Holloman-Hughes, moves this Court for an Order granting leave to withdraw as counsel of record for the defendant Gerald L. Ginnings, and for an order appointing alternate counsel so that Mr. Ginnings can proceed to

prepare his case for either a plea or trial.

                Respectfully submitted,

                /s/ Ronna Holloman-Hughes
                Ronna Holloman-Hughes
                Assistant Federal Public Defender
                818 Grand Avenue, Suite 300
                Kansas City, Missouri 64106
                (816) 471-8282

## **CERTIFICATE OF SERVICE**

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby certified that the foregoing Motion was electronically filed and transmitted to Bruce Rhoades, Assistant United States Attorney, Western District of Missouri, Counsel for Plaintiff, 400 E. 9th St., 5th Floor, Kansas City, Missouri 64106, this 4th day of March, 2019.

                /s/ Ronna Holloman-Hughes
                Ronna Holloman-Hughes