IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                                      Criminal Action No.
                                          18-00293-01/03-CR-W-DGK
GERALD L. GINNINGS,
TREVOR SCOTT SPARKS, and
MARKUS MICHAEL A. PATTERSON,

        Defendants.

---

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:

Count One - Defendants Ginnings, Patterson
Conspiracy to Distribute Methamphetamine, *in violation of* 21 U.S.C. §§841(a)(1), (b)(1)(A) and 846

Count Two - Defendants Ginnings, Sparks, Patterson
Conspiracy to Commit Money Laundering, *in violation of* §§ 1956(a)(1)(A)(i), (B)(i)(ii) and (h)

Count Three – Defendant Sparks
Continuing Criminal Enterprise, *in violation of* 21 U.S.C. §§848(a)(b)(c) & (s)

Count Four - Defendants Ginnings, Sparks, Patterson
Possession of Firearms in Furtherance of Drug Trafficking Crimes, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

Count Five - Defendants Ginnings, Sparks, Patterson
Felon in Possession of Firearms and Ammunition, *in violation of* 18 U.S.C. §§922(g)(3) and 924(a)(2)

**TRIAL COUNSEL**:

    Government: Bruce Rhoades & Robert Smith; Scott Hamann will assist
    Case Agent:   No case agents will be seated at counsel table.
    Defendant Ginnings:  Dan Herrington & Garrett Hunkins
    Defendant Sparks:   Al White & Blade Moore
    Defendant Patterson:  Shazzie Naseem

**OUTSTANDING MOTIONS**:  Defendant Sparks' Motion in Limine to Exclude Evidence of Uncharged Crimes (Doc. 679); the Government responded on 10/18/22 (Doc. 701)

Defendant Sparks' Motion in Limine to Exclude Co-Defendant Statements (Doc. 680)

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
- Government:    60 with stipulations; up to 75 without stipulations (*witness list previously filed at Doc. 678*)
- Defendant Ginnings:    less than 5 witnesses; Defendant will not testify
- Defendant Sparks:    less than 5 witnesses; Defendant may testify
- Defendant Patterson:    less than 5 witnesses; Defendant may testify

**TRIAL EXHIBITS**:
- Government: less than 125 exhibits (*exhibit list previously filed at Doc. 677*)
- Defendant Ginnings: less than 50 exhibits
- Defendant Sparks: 20 exhibits
- Defendant Patterson: no additional exhibits

**DEFENSES**:

Defendant Ginnings:
- ( x )    defense of general denial
- (   )    defenses of general denial and _____

Defendant Sparks:
- ( x )    defense of general denial
- (   )    defenses of general denial and _____

Defendant Patterson:
- ( x )    defense of general denial
- (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:

Defendant Ginnings:
- (   ) Definitely for trial                ( x ) Possibly for trial
- (   ) Motion to continue to be filed      (   ) Likely a plea will be worked out

Defendant Sparks:
- ( x ) Definitely for trial                (   ) Possibly for trial
- (   ) Motion to continue to be filed      (   ) Likely a plea will be worked out

Defendant Patterson:
- ( x ) Definitely for trial                (   ) Possibly for trial
- (   ) Motion to continue to be filed      (   ) Likely a plea will be worked out

**TRIAL TIME**: **The parties estimate 9-12 days, but will make every attempt to try the case in the 8 scheduled courtroom days (*See* Doc. 699).**
    Government's case including jury selection: 7-10 days
    Defendant Ginnings' case: less than 1 day
    Defendant Sparks' case: ½ day
    Defendant Patterson's case: ½ day

**STIPULATIONS**:
Defendant Ginnings:
    (  )     not likely
    (  )     not appropriate
    ( x )     likely as to:
        ( x )     chain of custody
        ( x )     chemist's reports
        (  )     prior felony conviction
        (  )     interstate nexus of firearm
        ( x )     other: foundation

Defendant Sparks:
    (  )     not likely
    (  )     not appropriate
    ( x )     likely depending on what is proposed by the Government

Defendant Patterson:
    (  )     not likely
    (  )     not appropriate
    ( x )     likely as to:
        ( x )     chain of custody
        ( x )     chemist's reports
        (  )     prior felony conviction
        (  )     interstate nexus of firearm
        ( x )     other: foundation

**UNUSUAL QUESTIONS OF LAW**:    Although not necessarily unusual, all parties agreed that Defendant Sparks' motion in limine regarding uncharged crimes of violence (Doc. 679) is significant and involved.

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: October 21, 2022
    Defense: October 21, 2022
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: October 21, 2022
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: October 21, 2022

Any responses to the above filings shall be filed no later than October 26, 2022

**TRIAL SETTING**: Criminal jury trial docket commencing November 1, 2022

**OTHER**:
    ( )  A _____-speaking interpreter is required.
    ( )  Other assistive devices: _____

**IT IS SO ORDERED.**

                                                */s/ Jill A. Morris*
                                                JILL A. MORRIS
                                                United States Magistrate Judge